UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ELIZABETH HAMMOND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 15-CV-00605-JCH-SCY |
| STAMPS.COM INC., | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL OF THE ACTION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Elizabeth Hammond, on the one hand ("Plaintiff"), and Defendant Stamps.Com Inc. ("Defendant," and together with Plaintiff, "the Parties"), hereby submit this Joint Stipulation of Dismissal of the Action and Request for Order of Dismissal with Prejudice pursuant to Rule 41(a)(2). This Joint Stipulation is based on the following facts:

1.  Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

2.  The Parties have reached a resolution of this Action as to Ms. Hammond individually.

3.  Accordingly, the Parties hereby stipulate and request from the Court an order dismissing Plaintiff's case with prejudice, with each side to bear its costs and attorneys' fees.

8604554.1

DATED:		February 14, 2017		Respectfully submitted,

						Sid Childress, Esq.

						By:  _____/s/  Sid  Childress_____
						Sid Childress
						Attorney for Plaintiff
						Elizabeth Hammond



						Respectfully submitted,

						MITCHELL SILBERBERG & KNUPP LLP
						Seth E. Pierce
						Gilbert Lee

						By:  _____by email on  Feb. 10, 2017_____
						Gilbert  Lee
						Attorneys for Defendant
						Stamps.com Inc.


						RODEY, DICKASON, SLOAN, AKIN &
						ROBB, P.A.

						By: ___by telephone on Feb. 14, 2017_____
						Andrew G. Schultz
						Attorneys for Defendant
						Stamps.com Inc.